**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000297
18-JUL-2025
10:35 AM
Dkt. 23 ODSD**

NO. CAAP-25-0000297

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

In the Interest of

TA

Born on 00/00/2012.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 24-00118)

ORDER
(By: Nakasone, Chief Judge, Leonard, and Wadsworth, JJ.)

Upon consideration of the March 31, 2025 Declaration in Support of Motion for Leave to Proceed on Appeal In Forma Pauperis (IFP Motion) and the June 10, 2025 Motion to Correct Record/Docket on Appeal and Remove Counsel (**Motion to Correct Record**), the papers in support, and the record, and noting no opposition to either motion, it appears that:

(1) On March 31, 2025, Mother, self-represented, filed the notice of appeal, which appears to appeal from certain orders entered in the Family Court of the First Circuit (**Family Court**);

(2) On the same date, Mother filed the IFP Motion, which appears to have been unnecessary under Hawaiʻ Rules of Appellate Procedure (**HRAP**) Rule 24(b);

(3) Mother was represented by court-appointed counsel, Crystal Asano (**Asano**), in FC-S 24-00118 **(the Family Court Proceeding)**;

(4) On April 23, 2025, the Family Court granted Asano's motion to withdraw as Mother's counsel in the Family Court Proceeding;

(5) Asano, who is listed as Mother's counsel in this appeal on the Judiciary Information Management System, filed the Motion to Correct Record in order to make clear that she is not Mother's counsel on this appeal;

(6) Meanwhile, the statement of jurisdiction and the abbreviated opening brief were due on or before May 12, 2025, and June 5, 2025, respectively;

(7) Mother failed to file either document, or request an extension of time;

(8) Mother has been conventionally served with multiple documents in this appeal at her address on record, including without limitation the June 17, 2025 Default and Statement of Jurisdiction & Opening Brief (**Notice of Default**) informing Mother that the time for filing the statement of jurisdiction and abbreviated opening brief had expired, the matter would be called to the court's attention on June 27, 2025, for appropriate action, which could include dismissal of the appeal under Rules 12.1(e) and 30 of the Hawaiʻi Rules of Appellate Procedure, and Mother could request relief from default; and

(9) Mother has not taken further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

IT IS FURTHER ORDERED that the appellate clerk shall mail a copy of this order to Mother at her address on record.

DATED: Honolulu, Hawaiʻi, July 18, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge